**J. A. RICHARDS, d. b. a. J. A. Richards Co. v. DUMORE COMPANY.**

No. 5760.

Circuit Court of Appeals, Sixth Circuit.
June 9, 1931.

Chappell & Earl, of Kalamazoo, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., and George Bayard Jones, of Chicago, Ill. (M. F. Cargill, of Chicago, Ill., of counsel), for appellee.

PER CURIAM.

Decree of District Court [52 F.(2d) 311] affirmed by court order.